I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: _4.18.12_

DEPUTY CLERK

JS-6 / **ENTERED**

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 18 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT, | ) Case No. CV 11-4377-JST (JPR) |
| Petitioner, | ) |
| vs. | ) **J U D G M E N T** |
| CONNIE GIPSON, Acting Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: April 17, 2012

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 18 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

3